IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

V.                                          CRIMINAL NO. 3:11cr11DCB-KFB

MICHEAL LONG PARKERSON                                      DEFENDANT

## AMENDED FINAL ORDER OF FORFEITURE

Before the Court of the Government's Motion to Amend the Final Order of Forfeiture. [Doc. 32]. Having reviewed the motion, the Court finds that it is well taken and should be GRANTED.

In support of its ORDER, the Court finds as follows:

WHEREAS, on February 3, 2012, this Court entered a Final Order of Forfeiture, ordering defendant, MICHEAL LONG PARKERSON, to forfeit:

**(1) Hewlett Packard Pavilion, Model DV2500, serial number 2CK8143ZFC;**

**(2) Samsung hard drive, serial number S16YJDQ300534;**

**(3) Memorex Digital Versatile Disk (DVD) with no label;**

**(4) Dell Dimension E310, serial number CROKL91;**

**(5) Western Digital hard drive, serial number WD-WMAM9r545695;**

**(6) Seagate external hard drive, serial number 2GEXPRX8;**

**(7) Seagate hard drive, serial number 5VP2XOCD;**

**(8) Seagate Free Agent external drive, serial number 2G312KVH;**

**(9) Western Digital external hard drive, serial number WXEZ06649619;**

**(10) Fujifilm Digital Camera, Model FinePix Z33WP, serial number 9U133606;**

**(11) SanDisk 4 Gigabyte (GB) Secure Digital Hi-density Card (SDHC);**

**(12) Blue and Silver Ativa 8GB thumb drive;**

**(13) SanDisk Cruzer 1GB thumb drive;**

**(14) Plastic case containing two Secure Digital (SD) cards;**

**(15) Kadak 256 Megabyte (MB) SD cards;**

**(16) PNY Technologies 2GB SD card;**

**(17) Seagate internal 120 (GB) hard drive, serial number 5PL2AWP5;**

**(18) Hewlett Packard Pavilion dv2000 laptop, serial number 2CE6392QK6;**

**(19) Sony VAIO PCV-RX360DS desktop CPU, serial number 2CD6392QK**6;

**(20) Seagate hard drive, serial number 7EF1243F; and**

**(21) Dorling Kindersley Limited DVD labeled as "Dinosaur Atlas".**

WHEREAS, the following properties were listed in the Final Order of Forfeiture as:

**(4) Dell Dimension E310, serial number CROKL91;**

**(5) Western Digital hard drive, serial number WD-WMAM9r545695;**

**(10) Fujifilm Digital Camera, Model FinePix Z33WP, serial number 9U133606;**

**(11) SanDisk 4 Gigabyte (GB) Secure Digital Hi-density Card (SDHC);**

and should not have been included in the Final Order of Forfeiture, as they were returned to the defendant by the Federal Bureau of Investigations; and

WHEREAS, the property listed as:

**(14) Plastic case containing two Secure Digital (SD) cards;**

should be amended to read only as (14) Plastic case, as the two secure digital (SD) cards referenced in number (14) are listed as items (15) and (16).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

**PRESONAL PROPERTY**

**(1) Hewlett Packard Pavilion, Model DV2500, serial number 2CK8143ZFC;**

**(2) Samsung hard drive, serial number S16YJDQ300534;**

**(3) Memorex Digital Versatile Disk (DVD) with no label;**

**(4) Seagate external hard drive, serial number 2GEXPRX8;**

**(5) Seagate hard drive, serial number 5VP2XOCD;**

**(6) Seagate Free Agent external drive, serial number 2G312KVH;**

**(7) Western Digital external hard drive, serial number WXEZ06649619;**

**(8) Blue and Silver Ativa 8GB thumb drive;**

**(9) SanDisk Cruzer 1GB thumb drive;**

**(10) Plastic case;**

**(11) Kadak 256 Megabyte (MB) SD cards;**

**(12) PNY Technologies 2GB SD card;**

**(13) Seagate internal 120 (GB) hard drive, serial number 5PL2AWP5;**

**(14) Hewlett Packard Pavilion dv2000 laptop, serial number 2CE6392QK6;**

**(15) Sony VAIO PCV-RX360DS desktop CPU, serial number 2CD6392QK6;**

**(16) Seagate hard drive, serial number 7EF1243F; and**

**(17) Dorling Kindersley Limited DVD labeled as "Dinosaur Atlas"**

are hereby forfeited to the United States of America pursuant to Title 18 U.S.C. § 2253;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

SO ORDERED, this the 28th day of June, 2012.

s/David Bramlette
UNITED STATES DISTRICT JUDGE